THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv180

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| $4,700.00 IN UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the motion of attorney Brad H. Ferguson for permission to file a claim of interest on behalf of Claimant Jerimy Dayne Dennis conventionally. [Doc. 6].

For cause shown, the Court will permit the claim of interest to be filed conventionally. However, all future filings by Mr. Ferguson on behalf of the Claimant shall be made electronically using the Court's Electronic Filing System.

**IT IS, THEREFORE, ORDERED** that Attorney Brad H. Ferguson's motion [Doc. 6] is **ALLOWED** *nunc pro tunc* September 5, 2012.

**IT IS FURTHER ORDERED** that all future filings by Mr. Ferguson on behalf of the Claimant shall be made electronically using the Court's Electronic Filing System.

**IT IS SO ORDERED**.

Signed: September 13, 2012

Martin Reidinger
United States District Judge