UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:12CV180

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$4,700.00 IN UNITED STATES CURRENCY, )<br>)<br>Defendant. ) | **DEFAULT JUDGMENT** |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

**IT IS ORDERED AND ADJUDGED THAT:**

1. In accordance with the Court's May 8, 2013 Order, **DEFAULT JUDGMENT** of Forfeiture is hereby **ENTERED** in favor of the United States against the defendant property:

**$4,700.00 in United States Currency**

2. Any right, title, and interest of all persons in the world in or to the Defendant Property is forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: May 10, 2013

Frank G. Johns, Clerk
United States District Court